UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON,                )
                                )
            Plaintiff,           )
                                )
v.                              )         **JUDGMENT**
                                )
RALEIGH POLICE DEPARTMENT,      )         No. 5:16-CV-76-FL
                                )
            Defendant.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on March 14, 2017, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on March 15, 2017, and Copies To:**

Patrick Solomon (via U.S. Mail) 3984 Neeley St., Raleigh, NC 27606

March 15, 2017            PETER A. MOORE, JR., CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk